[No. 26323-8-II.   Division Two.   July 27, 2001.]

*In the Matter of the Marriage of* JOANNE M. KNAPP, *Respondent,* and ROBERT J. ROGERS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 90-3-00577-1, Bryan E. Chushcoff, J., entered July 21, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, J.; Hunt, A.C.J., dissenting.

[No. 25307-1-II.   Division Two.   July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL CRAWFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 99-1-01205-8, Richard A. Strophy, J., entered November 19, 1999. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, J.; Armstrong, C.J., dissenting.

[No. 45235-5-I.   Division One.   July 30, 2001.]

THE STATE OF WASHINGTON, *Respondent,* v. PEDRO TORRES-VASQUEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 97-1-05125-4, Suzanne M. Barnett, J., entered August 12, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Coleman and Grosse, JJ.